

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-12-00768-CR

Anthony **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 11-05-00079-CRF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

The Appellant's Motion for Leave to Withdraw is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court